TITLE GUARANTEE AND TRUST COMPANY, Respondent, *v.* CHAMBERS DEVELOPMENT CORPORATION et al., Defendants, and GEORGE E. SEAMAN, as Receiver, Appellant.

(Argued March 5, 1936; decided March 20, 1936.)

*William V. Hagendorn, Frederick W. Beyer* and *Bernard Schwartz* for appellant.

*M. Edward Bernstein* and *Benjamin J. Rabin* for respondent.

Order affirmed, with costs, and question certified answered in the affirmative. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.